**Rodney A. HOUSE, Plaintiff–Appellant,**

v.

**D. GUTIERREZ and Smith, Defendants–Appellees.**

No. 05–1392.

United States Court of Appeals, Federal Circuit.

July 7, 2005.

Rodney A. House, pro se.

### *ORDER*

Pursuant to this Court's order filed June 17, 2005,

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the District of Columbia Circuit.

**OSAGE TRIBE OF INDIANS OF OKLAHOMA, Plaintiff–Appellee,**

v.

**UNITED STATES, Gale A. Norton, Secretary of the Interior, and John W. Snow, Secretary of the Treasury, Defendants–Appellants.**

No. 05–1383.

United States Court of Appeals, Federal Circuit.

July 8, 2005.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).